UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
JASON M. SMITH,
:
:
                Plaintiff,  :   No. 21 -CV- 6086 (RA) (OTW)
:
       -against-  :   **ORDER**
:
JIMMY GUTIERRES, et al.,  :
:
                Defendants.  :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Defendants' letter, dated May 27, 2022, stating that they are awaiting Plaintiff's Initial Disclosures, and that they have not been able to reach Plaintiff despite multiple attempts. **Plaintiff is directed to respond to Defendants' May 27, 2022 letter before the June 24, 2022 joint status letter is due.**

Defense counsel is directed to send a copy of this Order to *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: New York, New York
       June 2, 2022

                                              *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                              United States Magistrate Judge