UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
JASON M. SMITH,                                             :
                                                            :
                           Plaintiff,                       :  No. 21-CV- 6086 (RA) (OTW)
                                                            :
             -against-                                      :  **ORDER**
                                                            :
JIMMY GUTIERRES, et al.,                                    :
                                                            :
                           Defendants.                      :
                                                            :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to appear for an in-person status conference **on August 9, 2022 at 11:00am** in Courtroom 20D, at 500 Pearl Street, New York, NY 10007. The parties must be prepared to meet and confer on the status of discovery, including what discovery is outstanding. ***Pro se* Plaintiff is cautioned that if he fails to appear, his case may be dismissed for failure to prosecute**.[1]

Defense counsel is directed to send a copy of this Order to *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated: New York, New York                                   **Ona T. Wang**
       July 1, 2022                                         United States Magistrate Judge

---

[1] Courts have the power, under Rule 41, to dismiss a case for failure to comply with court orders, treating such noncompliance as a failure to prosecute. *See Simmons v. Abuzzo*, 49 F.3d 83, 87 (2d Cir. 1995). " Courts have repeatedly found that dismissal of an action is warranted when a litigant . . . fails to comply with legitimate court directives." *Robinson v. Sposato*, No. 13-CV-3334 (JFB) (WBW), 2014 WL 1699001, at *1 (E.D.N.Y. Apr. 24, 2014) (quotations omitted).