UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JASON M. SMITH,

                     Plaintiff,              No. 21-CV- 6086 (RA) (OTW)

       -against-                 **ORDER**

JIMMY GUTIERRES, et al.,

                     Defendants.

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court previously directed Plaintiff to provide defendants his initial disclosures **FORTHWITH**, and file a letter on the docket by **September 1, 2022** indicating that he did so. (ECF 41). The parties are directed to file a joint status letter on the status of discovery, including Plaintiff's initial disclosures, by **September 26, 2022**. In the joint status letter, Plaintiff is directed to inform the Court of any efforts to seek counsel.

Defense counsel is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: New York, New York             **Ona T. Wang**
       September 12, 2022              United States Magistrate Judge