UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JASON M. SMITH, :
:
Plaintiff, : 21-CV- 6086 (RA) (OTW)
:
-against- : **ORDER**
:
JIMMY GUTIERRES, et al., :
:
Defendants. :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On August 16, 2022, and September 12, 2022, the Court ordered the *pro* se Plaintiff to provide Defendants his initial disclosures and to file a letter on the docket confirming the same. (ECF 41, 44). On December 21, 2022, I issued an Order to Show Cause by November 21, 2022, why I should not recommend dismissal of this action for failure to prosecute. (ECF 47). The Court received, by United States Postal Service, a mailed submission of hard-copy discovery materials from *pro se* Plaintiff postmarked September 30, 2022. The Court construes *pro se* Plaintiff's mailing of his discovery materials as a response to our order to provide his initial disclosures, and as a sufficient response to our Order to Show Cause.[1]

The Court will hold an in-person Status Conference on January 5, 2023, at 10:00 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. All parties, including the *pro se* Plaintiff Mr. Smith, are directed to attend the conference.

---

[1] A Court is "obligated to afford a special solicitude to pro se litigants." *Tracy v. Freshwater*, 623 F.3d 90, 101 (2d Cir. 2010).

For future reference regarding discovery procedures, including who to send discovery materials to, the Court recommends the *pro se* Plaintiff review the *Pro Se* section of the Southern District of New York's website (https://www.nysd.uscourts.gov/prose), specifically the Discovery Guide for *Pro Se* Litigants. *See* https://nysd.uscourts.gov/sites/default/files/2018-06/discoveryguide.pdf.

For future reference on how to file documents, such as letters, on the docket, the *pro se* Plaintiff is advised that he should submit his documents to the *Pro Se* Unit in the Southern District of New York, not to the chambers of the judges in this case.  (*See* ECF 8). The Court recommends the *pro se* Plaintiff review the Instructions to Email *Pro Se Filings* available on the Southern District of New York website. *See* https://nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf.

If *pro se* Plaintiff would prefer hard copies of the above guides and forms, he may pick them up at the *Pro Se* Unit in Room 105, 40 Foley Square, New York, NY 10007.

Counsel for Defendants is directed to: (1) serve a copy of this Order on *pro se* Plaintiff utilizing the updated address for Plaintiff listed on the docket by **December 6, 2022**; (2) file proof of such service on the docket; and, to (3) call and email *pro se* Plaintiff informing him of the upcoming conference.

**SO ORDERED.**

Dated: New York, New York  
      December 2, 2022

           *s/ Ona T. Wang*  
           **Ona T. Wang**  
           United States Magistrate Judge