```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON M. SMITH,                                              :
                                                             :
                              Plaintiff,                     :   21-CV- 6086 (RA) (OTW)
                                                             :
              -against-                                      :   ORDER
                                                             :
JIMMY GUTIERRES, et al.,                                     :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held an in-person Status Conference on January 5, 2023, at which both Plaintiff and Defendants appeared. (ECF 51). As discussed at the conference, the case is hereby **stayed** pending mediation. (*See* ECF 27). Counsel for Defendants is directed to file a Status Letter at the conclusion of mediation.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of such service on the docket.

**SO ORDERED.**

                                                                                       *s/ Ona T. Wang*

Dated: New York, New York                             **Ona T. Wang**
        January 5, 2023                                     United States Magistrate Judge