UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
JASON M. SMITH,
:
:
                Plaintiff,  :  21-CV- 6086 (RA) (OTW)
:
         -against-  :  **ORDER**
:
JIMMY GUTIERRES, et al.,
:
:
                Defendants.  :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 57. The Defendants report that mediation was not successful. (ECF 57). Accordingly, the stay is hereby **LIFTED**. The Court will hold a Status Conference on **July 25, 2023, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer on a **joint proposed agenda** for the conference, which counsel for Defendants will file by **July 17, 2023**.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of such service on the docket.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*
Dated: New York, New York                    **Ona T. Wang**
       June 26, 2023                         United States Magistrate Judge