UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
JASON M. SMITH,                                              :
:
                Plaintiff,         :   21-CV-6086 (RA) (OTW)
:
       -against-                                      :
:   **ORDER**
JIMMY GUTIERRES, et al.,                                     :
:
                Defendants.        :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter dated August 2, 2023. (ECF 67). Defendants' request to be relieved of their obligation to serve the transcript of the July 25, 2023, conference is **DENIED**. (ECF 61). Defendants shall serve the transcript and a copy of this Order on Mr. Smith's last known address, (*See* ECF 68), and shall file proof of such service by **August 16, 2023**.

**SO ORDERED.**

                                                                *s/ Ona T. Wang*
Dated: New York, New York                        **Ona T. Wang**
       August 9, 2023                          United States Magistrate Judge