UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON M. SMITH,

                Plaintiff,            21-CV- 6086 (RA) (OTW)

        -against-            **ORDER**

JIMMY GUTIERRES, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 78. The Court extends its condolences to Ms. Smith.

Defendants are directed to file their response, if any, to Plaintiff's motion to substitute by **November 21, 2023**.

Counsel for Defendants is directed to serve a copy of this Order on Carol Smith at 410 St. Nicholas Ave, Apt 7C, New York, NY 10027.

**SO ORDERED.**

                                                    _s/ Ona T. Wang_
Dated: New York, New York                **Ona T. Wang**
       November 13, 2023            United States Magistrate Judge