UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JASON M. SMITH,

                  Plaintiff,

        -against-

JIMMY GUTIERRES, et al.,

                Defendants.

-------------------------------------------------------x

21-CV- 6086 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt ECF 87.

Ms. Smith is directed to reply to Defendants' response, in the form of a letter <u>no more than three single-spaced pages in length</u>, **by Friday, October 4, 2024**, specifically addressing each of the deficiencies identified by Defendants. Ms. Smith may attach copies of supporting documents as evidence without counting towards the three-page limit. If Ms. Smith requires procedural assistance with filing her letter, Ms. Smith is further directed to contact the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007. The telephone number for the Pro Se Intake Unit is 212-805-0175.

Counsel for Defendants is directed to serve a copy of this Order on Carol Smith at 410 St. Nicholas Ave, Apt 7C, New York, NY 10027, and file proof of service on the docket.

**SO ORDERED.**

                                           *s/ Ona T. Wang*

Dated: New York, New York           **Ona T. Wang**
       September 10, 2024          United States Magistrate Judge