UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON M. SMITH,

                      Plaintiff,              21-CV- 6086 (RA) (OTW)

             -against-              **ORDER**

JIMMY GUTIERRES, et al.,

                    Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt ECF 90.

The deadline for Carol Smith to reply to Defendants' response is hereby extended until **Friday, October 25, 2024**.

Counsel for Defendants is directed to serve a copy of this Order on Ms. Smith at 410 St. Nicholas Ave, Apt 7C, New York, NY 10027, and file proof of service on the docket.

**SO ORDERED.**

Dated: New York, New York
       October 4, 2024

                                                        *s/ Ona T. Wang*
                                                      **Ona T. Wang**
                                                      United States Magistrate Judge