UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON M. SMITH,                                             :
                                                            :
                            Plaintiff,      :        21-CV-6086 (RA) (OTW)
                                                            :
          -against-                                       :        **OPINION & ORDER**
                                                            :
JIMMY GUTIERRES, et al.,                                    :
                            Defendants.     :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On December 17, 2024, I denied a motion filed by Plaintiff's mother, Carol Smith, to substitute herself as Plaintiff in this action pursuant to Rule 25(a). (ECF 97). Recognizing that Plaintiff's son may be the sole remaining "proper party" in existence that could substitute for Plaintiff in this action, I issued a separate order on December 17, 2024, directing the Pro Se Office of this Court to seek a full scope representation counsel for Plaintiff's minor son. (ECF 98). On January 15, 2025, Susanne Toes Keane filed a Notice of Limited Appearance on behalf of Selina Livingston, the mother and legal guardian of Plaintiff's minor son. (ECF 101).

Ms. Keane is directed to file a motion to substitute Selina Livingston as Plaintiff in this action by **May 30, 2025, without prejudice to further extensions**.

**SO ORDERED.**

                                                                                   _s/ Ona T. Wang_

Dated: May 8, 2025                                      **Ona T. Wang**
       New York, New York                    United States Magistrate Judge