UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SELENA LIVINGSTON, on behalf of JMS,

Plaintiff,

v.

OFFICER JIMMY GUTIERRES, OFFICER CHRISTOPHER GORDON, and OFFICER KEVIN VIOLA,

Defendants.

No. 21-CV-6086 (RA) (OTW)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of a Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge for purposes of the "Motion to approve Infant Compromise." The parties are advised that the Court cannot order the referral until the motion is filed.

SO ORDERED.

Dated:  September 15, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge